Colorado Supreme Court 2 East 14th Avenue Denver, CO 80203
 
 
 DATE FILED: May 10, 2016
 
 
 
 
 Certiorari to the Court of Appeals, 2010CA1584 District Court, Arapahoe County, 2009CR1352
 
 
 
 
 Petitioner:
 
 The People of the State of Colorado,
 
 v.
 Respondent:
 
 Lindsey Thomas Harding.
 
 
 
 
 Supreme Court Case No: 2013SC582
 
 
 
 
 JUDGMENT AFFIRMED BY OPERATION OF LAW
 
 
 

 
Upon consideration of the Record on Appeal, together with the Written and Oral Arguments of counsel,
Chief Justice Rice, Justice Coats, and Justice Hood are of the opinion that the judgment of the Colorado Court of Appeals, announced June 27, 2013, in 2010 CA 1584 should be affirmed, whereas Justice Eid, Justice Márquez, and Justice Boatright
are of the opinion that it should be reversed.
Since the court is equally divided, the decision of the Colorado Court of Appeals is affirmed by operation of law. See C.A.R. 35 (e).
BY THE COURT, EN BANC, MAY 10, 2016. JUSTICE GABRIEL does not participate.